IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **KYLE RAY,**<br><br>　　Plaintiff,<br><br>v.<br><br>**HOBBS POLICE DEPARTMENT; AUGUST FONS; NICHOLAS GOULET; and MANNY GOMEZ,**<br><br>　　Defendants. | Case No. 2:23-cv-00690-JHR-GBW |

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that Plaintiff Kyle Ray (hereinafter "Plaintiff"), through his attorney, Joseph M. Zebas of the ZEBAS LAW FIRM, L.L.C., emailed his Expert Report and Curriculum Vitae of Lori Lindseth from Revolutionary HR Consulting, LLC, along with this certificate of service to Defendant's counsel on this 24th day of July 2024:

Philomena Hausler
Luis Robles
**ROBLES, RAEL & ANAYA, P.C.**
20 First Plaza Ctr. NM, Suite 500
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
philomena@roblesrael.com
*Attorneys for City Defendants*

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　**ZEBAS LAW FIRM, L.L.C.**

　　　　　　　　　　　　　　　　　By: */s/ Joseph M. Zebas*
　　　　　　　　　　　　　　　　　Joseph M. Zebas, Esq.
　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　Hobbs, NM 88241-1675
　　　　　　　　　　　　　　　　　T: (575) 393-1024
　　　　　　　　　　　　　　　　　F: (575) 393-1234
　　　　　　　　　　　　　　　　　joe.zebas@zebaslaw.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

I HEREBY CERTIFY that on July 24, 2024, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing* and I also e-mailed the foregoing instrument to all parties of record.

*Electronically Filed on 7/24/2024*